# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

UNITED STATES OF AMERICA )
)
vs )
)
)
Katherine Frances Stover )
)
)

CASE NUMBER  08mJ8445   2009 JUN -4 P 4: 17

ABSTRACT OF ORDER

Booking No.  0631 298

885806

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of_____ 06 | 03 | 08 _____

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____✓_____ Defendant released on $___0_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____✓_____ Other. Defendant's Own Signature Bond Reinstated

_____
**PETER C. LEWIS**
UNITED STATES MAGISTRATE JUDGE

OR

Received _____        W. SAMUEL HAMRICK, JR.   Clerk
DUSM                                       by Teresa Alvarez Romero   **T. ROMERO**
                                           Deputy Clerk

Crim-9   (Rev 6-95)                                           ✶ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**