08 JUN 11 PM 3:54

CLERK U.S. ...
SOUTHERN DISTRICT OF ...

BY: ECC
         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 1913 L

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| KATHERINE FRANCES STOVER, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about May 16, 2008, within the Southern District of California, defendant KATHERINE FRANCES STOVER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Antonio Solis-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CEM:fer:Imperial
6/6/08

### Count 2

On or about May 16, 2008, within the Southern District of California, defendant KATHERINE FRANCES STOVER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Antonio Solis-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 3

On or about May 16, 2008, within the Southern District of California, defendant KATHERINE FRANCES STOVER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Enedino Vieyra-Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//

<u>Count 4</u>

On or about May 16, 2008, within the Southern District of California, defendant KATHERINE FRANCES STOVER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Enedino Vieyra-Cruz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 5</u>

On or about May 16, 2008, within the Southern District of California, defendant KATHERINE FRANCES STOVER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Efrain Ramos-Baez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//

## Count 6

On or about May 16, 2008, within the Southern District of California, defendant KATHERINE FRANCES STOVER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Efrain Ramos-Baez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 11, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney