1 | R. KERAMATI, SBN 182425
EMPLOYMENT MEDIATION & LITIGATION SERVICES, APC
2 | 110 WEST C. STREET, SUITE 1300
SAN DIEGO, CA 92101
3 | TELEPHONE (619) 231-2529
FACSIMILE (619) 231-2528
4 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| UNITED STATES OF AMERICA, | Case No. 08cr1913-L (PCL) |
|---|---|
| Plaintiff, | |
| vs. | |
| Katherine Ann STOVER | STIPULATION TO CONTINUE VIDEO DEPOSITION OF MATERIAL WITNESSES ANTONIO SOLIS-MARTINEZ AND EFRAIN RAMOS-BAEZ |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective counsel that:

/////

/////

/////

/////

/////

/////

1. The video deposition of material witnesses **ANTONIO SOLIS-MARTINEZ AND EFRAIN RAMOS-BAEZ** scheduled for July 17, 2008 be continued to July 25, 2008 in the U.S. Attorney's Office in San Diego, California.

DATED:_____

_____
R. KERAMATI, ESQ.
Employment Mediation & Litigation Services, APC
Attorney for Material Witnesses

DATED: July 16, 2008

/s/ Gerard Wasson
GERARD WASSON, ESQ.
Attorney for Defendant Katherine Ann Stover

DATED:_____

_____
REBECCA KANTER, ESQ.
United States Attorney's Office
Attorney for Plaintiff, the United States

1. The video deposition of material witnesses ANTONIO SOLIS-MARTINEZ AND EFRAIN RAMOS-BAEZ scheduled for July 17, 2008 be continued to July 25, 2008 in the U.S. Attorney's Office in San Diego, California.

DATED: 7-16-08

R. KERAMATI, ESQ.
Employment Mediation & Litigation Services, APC
Attorney for Material Witnesses

DATED: _____

GERARD WASSON, ESQ.
Attorney for Defendant Katherine Ann Stover

DATED: 7/16/08

REBECCA KANTER, ESQ.
United States Attorney's Office
Attorney for Plaintiff, the United States

1  R. Keramati, SBN# 182425
   Employment Mediation & Litigation Services, APC
2  110 West C. Street, Suite 1300
   San Diego, California 92101
3  Telephone (619) 231-2529
   Facsimile (619) 231-2528
4

5  Attorney for Material Witnesses

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE PETER C. LEWIS)**

11

12  UNITED STATES OF AMERICA,       )   Criminal Case No. 08cr1913-L (PCL)
                                    )
13         Plaintiff,               )
                                    )
14         vs.                      )
                                    )
15  Katherine Frances STOVER        )
                                    )   CERTIFICATE OF SERVICE
16                                  )
           Defendant(s)             )
17                                  )
                                    )
18                                  )
                                    )
19  _____)

20

21         I HEREBY CERTIFY that on June 24, 2008, I electronically filed the foregoing

22  document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

23  is being served this day on all counsel of record identified on the below Service List in the

24  manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

25  or in some other authorized manner for those counsel or parties who are not authorized to receive

26  electronic Notices of Electronic Filing.

27

28  DATED: July 16, 2008                       */s/ Ray Keramati*
                                               R. Keramati, Esq.

---

**-1-**                                                          **08cr1913-L (PCL)**
                        **CERTIFICATE OF SERVICE**

**SERVICE LIST**
**United States v. Katherine Frances Stover**
**Case No. 08cr1913-L (PCL)**
**United States District Court, Southern District of California**

- **U S Attorney CR**
  Efile.dkt.gc2@usdoj.gov

- **Gerard Jeffrey Wasson**
  gerard.wasson@sbcglobal.net

[Service via CM/ECF]