UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>Katherine Ann STOVER<br><br>　　Defendant(s) | Case No.08cr1913-L (PCL)<br><br>PROPOSED ORDER FOR STIPULATION TO CONTINUE VIDEO DEPOSITION OF MATERIAL WITNESSES ANTONIO SOLIS-MARTINEZ AND EFRAIN RAMOS-BAEZ |

**IT IS HEREBY ORDERED** that the video deposition of material witnesses ANTONIO SOLIS-MARTINEZ AND EFRAIN RAMOS-BAEZ scheduled for July 17, 2008 be continued to July 25, 2008.

DATED: July 16, 2008

**HON. PETER C. LEWIS**
United States Magistrate Judge