R. KERAMATI, SBN 182425
EMPLOYMENT MEDIATION & LITIGATION SERVICES, APC
110 West C, Street, Suite 1300
San Diego, California 92101
Telephone (619) 231-2529
Facsimile (619) 231-2528

Attorney for ANTONIO SOLIS-MARTINEZ & EFRAIN RAMOS-BAEZ

FILED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>KATHERINE ANN STOVER<br><br>　　Defendant(s) | Case No. 08cr1913-L (PCL)<br><br><br>STIPULATION RELEASING MATERIAL WITNESSES ANTONIO SOLIS-MARTINEZ AND EFRAIN RAMOS-BAEZ |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record as follows:

/////
/////
/////
/////
/////
/////
/////
/////

- 1 -                                     08cr1913-L (PCL)
**STIPULATION RELEASING MATERIAL WITNESSES ANTONIO SOLIS-MARTINEZ AND EFRAIN RAMOS-BAEZ**

1    ANTONIO SOLIS-MARTINEZ and EFRAIN RAMOS-BAEZ heretofore committed to
2 the custody of the United States Marshall as material witnesses be released from custody and
3 turned over to the Immigration and Naturalization Service for subsequent return to Mexico on
4 July 21, 2008.

DATE: 7-21-08

R. KERAMATI, ESQ.
Attorney for Material Witnesses

DATE: 7/21/08

REBECCA KANTER, ESQ.
Assistant United States Attorney

DATE: \_\_/\_\_/08

GERARD WASSON, ESQ.
Attorney for KATHERINE ANN STOVER

STIPULATION RELEASING MATERIAL WITNESSES ANTONIO SOLIS-MARTINEZ AND EFRAIN RAMOS-BAEZ