FILED
JUL 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KATHERINE ANN STOVER<br><br>    Defendant(s) | Case No. 08cr1913-L (PCL)<br><br>ORDER RELEASING MATERIAL WITNESSES ANTONIO SOLIS-MARTINEZ AND EFRAIN RAMOS-BAEZ |

**IT IS HEREBY ORDERED** that ANTONIO SOLIS-MARTINEZ AND EFRAIN RAMOS-BAEZ, heretofore committed to the custody of the United States Marshall as material witnesses be released from custody and turned over to the Immigration and Naturalization Service for subsequent return to Mexico on July 21, 2008.

DATE: 7/21/08

_____
UNITED STATES DISTRICT JUDGE
Honorable M. James Lorenz

- 1 -    08cr1913-L (PCL)

ORDER RELEASING MATERIAL WITNESSES ANTONIO SOLIS-MARTINEZ & EFRAIN RAMOS-BAEZ