UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff )<br>  )<br>vs. )<br>  )<br>Katherine Ann Stover (1) )<br>  Defendant(s) ) | CRIMINAL NO. 08CR1913-L<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the (United States District) Magistrate Judge,    M. JAMES LORENZ

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court).

Antonio Solis-martinez

DATED: 7/21/08

M. JAMES LORENZ

UNITED STATES (DISTRICT) MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by S. Volkert
Deputy Clerk
S. VOLKERT

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082